UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEC STELLA,<br><br>Defendant | ) Criminal No.   26cr10085<br>)<br>) Violations:<br>)<br>) Count One: Unlawful Transfer and Possession<br>) of a Machinegun<br>) (18 U.S.C. § 922(o))<br>)<br>) Count Two: Engaging in the Business of<br>) Dealing in Firearms Without a License<br>) (18 U.S.C. § 922(a)(1)(A))<br>)<br>) Forfeiture Allegation:<br>) (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Unlawful Transfer and Possession of a Machinegun
(18 U.S.C. § 922(o))

The United States Attorney charges:

From on or about June 2025 through September 2025, in the District of Massachusetts, the

defendant,

ALEC STELLA,

did knowingly transfer and possess a machinegun, as defined by Title 26, United States Code,

Section 5845(b), that is, one or more machinegun conversion devices.

All in violation of Title 18, United States Code, Section 922(o).

COUNT TWO
Engaging in the Business of Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The United States Attorney further charges:

From on or about June 2025 through August 2025, in the District of Massachusetts, the defendant,

ALEC STELLA,

not being a licensed importer, manufacturer, and dealer under the provisions of Title 18, United States Code, did willfully engage in the business of dealing in firearms, that is, two privately made firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1.      Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 922, set forth in Counts One and Two, the defendant,

ALEC STELLA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

LEAH B. FOLEY
United States Attorney


By: LAUREN MAYNARD
Assistant United States Attorney
District of Massachusetts

Dated: March 31, 2026